AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__NORTHERN__ DISTRICT OF __OHIO, EASTERN DIVISION__

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| V. | CASE NUMBER: 5:10 CR 00216 |
| MITCHELL FROST | JUDGE WELLS |

I, __MITCHELL FROST__ the above named defendant, who is accused of :

Intentionally Causing Damage to a Protected Computer, in violation of Title 18, United States Code, Section 1030(a)(5)(A)(i); and

Possession of 15 or more Unauthorized Access Devices, in violation of Title 18, United States Code, Section 1029(a)(3)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MITCHELL FROST
Defendant

_____
CARLOS WARNER, ESQ.
Counsel for Defendant

Before _____
         Judicial Officer